COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                                                          SUPERIOR COURT DEPT.
                                                                      CIV. A. NO.:

| | |
|---|---|
| KATHLEEN WOOD | |
| Plaintiff | |
| v. | **COMPLAINT** |
| KOHL'S, INC., and | |
| RK STOUGHTON, LLC | |
| Defendants | |

## PARTIES

1. The Plaintiff, Kathleen Wood, is a natural person with a residence at 180 Britton Avenue, Stoughton, Norfolk County, Massachusetts 02072, hereinafter "Plaintiff".

2. The Defendant, Kohl's., Inc. formerly known as Kohl's Department Stores, Inc., is a Massachusetts corporation with a principal places of business at N56 W17000 Ridgewood Drive, Menomonee Falls, Wisconsin 53051 and a registered agent located at 225 Cedar Hill Street, #200, Marlborough, Massachusetts hereinafter "Kohl's" or "the Defendant".

3. The Defendant, R K Stoughton LLC, is a Massachusetts limited liability company with a principal places of business at 50 Cabot Street, Needham, Norfolk County, Massachusetts hereinafter "RK Stoughton".

## FACTS

4. At all relevant times RK Stoughton owned 501 Technology Center Drive in Stoughton, Massachusetts 02072, hereinafter "the Premises".

5. Based on information and belief, RK Stoughton entered into a lease agreement with Kohl's relative to the Premises.

6. Based on information and belief, Kohl's operated, maintained, and controlled the Premises at all times material to this action pursuant to a lease.

7. On January 20, 2019 the region where the Premises are located experienced a winter storm that consisted of rain, snow, and a hard freeze.

8. No ice melt application was administered at the Premises between the time when the storm ended and the following morning when Kohl's was expected to open.

9. The emergency responders with the Stoughton Fire Department described the parking lot at the Premises as a "complete sheet of ice".

10. On January 21, 2019 at approximately 10:00 A.M. the Plaintiff was lawfully at the Premises anticipating the store opening.

11. The temperature was only five (5) degrees outside.

12. The Plaintiff exited her vehicle and was caused to fall on untreated ice in the parking lot.

13. The Plaintiff did not notice that the parking lot had not been treated with ice melt.

14. The Plaintiff was not alerted to the dangerous icy conditions and was not aware of the hazard that was present.

15. The Plaintiff slipped and fell on the ice in the parking lot.

16. The Plaintiff struck her head against the ground and suffered a traumatic brain injury.

17. The Plaintiff has suffered permanent and life-altering injuries.

## COUNT I: NEGLIGENCE

18. The Plaintiff incorporates by reference the allegations set forth in Paragraphs 1 through 17 of this Complaint.

19. At all relevant times the Defendants were the owners and/or in control of the Premises.

20. At all relevant times the Plaintiff was lawfully at the Premises.

21. The Premises contained an unreasonably hazardous condition in the form of an icy parking lot that had not been treated with any ice melt.

22. On January 21, 2019 the Plaintiff sustained serious personal injuries when she was caused to fall due to the untreated ice in the parking lot.

23. The damages and injuries sustained by the Plaintiff were the direct and proximate result of the careless actions and negligence of the Defendants and/or their agents, servants, and/or employees.

24. The Defendants and/or their agents failed to maintain the Premises in a reasonably safe condition when they failed to remove or treat ice in the parking lot.

25. The Defendants and/or their agents allowed an unreasonably dangerous and hazardous condition to exist at the Premises when the Plaintiff was caused to fall.

26. The Defendants and/or their agents negligently managed, maintained, operated, and/or controlled the subject Premises, more specifically the parking lot, so as to create and/or allow to exist an unreasonably dangerous or hazardous condition.

27. As a direct and proximate result of the negligence of the Defendants, and/or their agents, the Plaintiff was caused to sustain serious and permanent physical and emotional injuries; has been caused to suffer permanent loss of function and mobility; has been caused to incur expenses for medical treatment; has been caused to suffer lost income and wage-earning capacity; her activities have been restricted; and her ability to lead a normal life has been adversely impacted.

WHEREFORE, the Plaintiff demands judgment against the Defendants for an amount that is just and reasonable, plus costs, interest and attorneys' fees.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES.**

Respectfully submitted,
Kathleen Wood, through counsel

DATED: 8/6/2021

_____
Christopher J. Fein, B.B.O. #654403
Fein Law Office, P.C.
25 Braintree Hill Office Park -- Suite 403
Braintree, Massachusetts 02184
(781) 356-5555
cjfein@feinlawoffice.com

SEP 0 2 2021